9832835

US MARSHALS SERVICE N/TX
FORT WORTH, TX
2015 JUN 11 PM 4:34

# United States District Court
# Northern District of Texas
FORT WORTH DIVISION

UNITED STATES OF AMERICA

V.

MATTHEW RUTLEDGE

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 4:15-cr-151-O (20)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest  MATTHEW RUTLEDGE
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[■] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

in violation of Title  21
United States Code, Section(s)
846

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 12 2015
CLERK, U.S. DISTRICT COURT
By _____ 1:04pm
Deputy

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

United States Magistrate Judge Jeffrey L Cureton
Judge

June 11, 2015
Date

Fort Worth, TX
Location

/s/ W. Barnes
(By) Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at *per order of writ* |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |