

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:15-CR-151-O |
| Defendants: | Matthew Rutledge (20), sworn |
| Court Reporter: | Digital |
| Interpreter: | n/a |
| US attorney: | Shawn Smith |
| Defense attorney: | Ron Couch |
| Time in Court: | 2 minutes |
| Judge: | Magistrate Judge Jeffrey Cureton |
| Date of hearing: | August 12, 2015 |
| Status: | Defendant entered plea of not guilty as to count one of the one-count indictment |
| | Deft continued in custody |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

Other Information: